■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CONFESOR GOMEZ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY CARDILLO.— [In each action] Motion to dispense with printing granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM SANDERS.— Order of this court entered on May 10, 1962 is amended by striking the designation of Anthony F. Marra, Esq., as counsel to prosecute the appeal taken by defendant-appellant and by substituting therefor Philip I. Beane, Esq., of 416 Lafayette Street, New York 3, N. Y., as such counsel. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RUTH KAMIL.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ JOSEPH P. GOVERNALI v. ELLIN GOVERNALI.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 24, 1963, with notice of argument for February 5, 1963, said appeal to be argued or submitted when reached. That branch of the motion seeking to dispense with the printing of the record on appeal and appellant's points is granted and the appeal is permitted to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ EMANUEL SHEMIN v. A. BLACK AND COMPANY INC., Doing Business as A. BLACK AND CO.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ ROSE CHAIT, as Administratrix v. MAX FINKELSTEIN, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 7, 1963, with notice of argument for March 19, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of ROSE FINN v. GEORGE K. WYMAN.— Motion for leave to prosecute this proceeding as a poor person granted only insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Attorney-General of the State of New York and one copy of the typewritten or mimeographed petitioner's points on the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record with this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.